**UNITED STATE DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

UNITED STATES OF AMERICA,
Plaintiff,
vs.
JORGE HURTADO-GUTIERREZ,
Defendant.

**No. CR-04-2168-LRS**

**NOTICE OF SUBSTITUTION OF COUNSEL**

TO: TIMOTHY DUANE COTTERELL, ATTORNEY AT LAW;

TO: UNITED STATES DISTRICT COURT CLERK;

TO: JANE M. KIRK, ASSISTANT UNITED STATES ATTORNEY

NOTICE IS HEREBY GIVEN that TIMOTHY DUANE COTTERELL, appointed counsel for the defendant, JORGE HURTADO-GUTIERREZ, in the above-captioned action, herewith substitutes GEORGE P. TREJO, JR. as attorney for defendant in the above entitled cause of action and requests that all further papers and pleadings, exclusive of original process, be served upon TREJO LAW OFFICES at 701 N. 1st Street, Suite 103, Yakima, Washington 98901.

DATED this 5th day of April, 2005.

s/Timothy D. Cotterell approved telephonic
TIMOTHY DUANE COTTERELL
Withdrawing Attorney

Approved:
**TREJO LAW OFFICES**

s/George P. Trejo, Jr.
GEORGE P. TREJO, JR.
Retained Counsel for Defendant



GEORGE PAUL TREJO, JR.
TREJO LAW OFFICE
701 NO. 1ST STREET, SUITE 103
YAKIMA WA 98901
(509) 452-7777
GPTREJO@THETREJOLAWFIRM.COM

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Jane M. Kirk, AUSA
USA-wae-jkirk@usdj.gov

And I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Timothy Duane Cotterell
Attorney at Law-via fax(509)225-3492

DATED this 5th day of April, 2005, in Yakima, Washington.

S/George P. Trejo, Jr.
George P. Trejo Jr.
Attorney at Law



GEORGE PAUL TREJO, JR.
TREJO LAW OFFICE
701 NO. 1ST STREET, SUITE 103
YAKIMA WA 98901
(509) 452-7777
GPTREJO@THETREJOLAWFIRM.COM